**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: Craig Allen Hall             **BK NO. 18-03200 HWV**
       Angela Denise Hall

                Debtor(s)             **Chapter 13**

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of Specialized Loan Servicing LLC as servicer for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholder of the CWabs, Inc., Asset-Backed Certificates, Series 2006-2 and index same on the master mailing list.

                         Respectfully submitted,

             /s/ **Rebecca Solarz**
               Rebecca Solarz
               18 Aug 2021, 15:56:50, EDT

               KML Law Group, P.C.
               BNY Mellon Independence Center
               701 Market Street, Suite 5000
               Philadelphia, PA  19106
               215-627-1322