# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re: Craig Allen Hall
     Angela Denise Hall

Case No.: 1-18-03200 HWV

Chapter 13

**Debtor(s)**

## NOTICE OF FINAL CURE PAYMENT

According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the pre-petition and post-petition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.

### PART 1: MORTGAGE INFORMATION

| | |
|---|---|
| Creditor Name: | Specialized Loan Servicing |
| Court Claim number | 4 |
| Last Four of Loan Number: | 7689 |
| Property Address if applicable: | 2041 Wood Hall Way |

### PART 2: CURE AMOUNT

**Total cure disbursement made by the trustee:**

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $13,452.42 |
| b. | Prepetition arrearages paid by the trustee: | $13,452.42 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearage paid by the trustee: | $0.00 |
| g. | Total b, d, and f: | $13,452.42 |

### PART 3: POSTPETITION MORTGAGE PAYMENT

Mortgage is/was paid directly by the debtor(s).

### PART 4: A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs and escrow amounts due, and (ii) consistent with §1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

Dated:  August 16, 2023

                          Respectfully submitted,

                          /s/ Jack N. Zaharopoulos
                          Standing Chapter 13 Trustee
                          Suite A, 8125 Adams Drive
                          Hummelstown, PA  17036
                          Phone:  (717) 566-6097
                          Fax:  (717) 566-8313
                          email:  info@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Re:     Craig Allen Hall                Case No.: 1-18-03200 HWV
        Angela Denise Hall

                                               Chapter 13

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on August 16, 2023 I served a copy of this Notice of Final Cure Payment on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

**Served Electronically**
Paul Murphy-Ahles Esquire
Dethlefs, Pykosh & Murphy
2132 Market St.
Camp Hill PA 17011


**Served by First Class Mail**
Specialized Loan Servicing, LLC
6200 S Quebec St
Greenwood Village CO 80111

Craig Allen Hall
Angela Denise Hall
2041 Wood Hall Way
Dover PA 17315


I certify under penalty of perjury that the foregoing is true and correct.


Date: August 16, 2023                          /s/ Liz Joyce
                                                Office of the Standing Chapter 13 Trustee
                                                Jack N. Zaharopoulos
                                                Suite A, 8125 Adams Dr.
                                                Hummelstown, PA 17036
                                                Phone: (717) 566-6097
                                                email: info@pamd13trustee.com

# Disbursements for Claim

**Case:** 18-03200    **CRAIG ALLEN HALL**

**SPECIALIZED LOAN SERVICING LLC**
6200 S QUEBEC ST

GREENWOOD VILLAGE, CO

**Acct No:** 2041 Wood Hall Way - PRE-AI

ARREARS - 2041 WOOD HALL WAY    PLUS 520    05/21 SEE NOTES    01/22 RELIEF ORDER

**Sequence:** 24
**Modify:**
**Filed Date:**
**Hold Code:** M

| | | |
|---|---|---|
| Amt Sched: $0.00 | Debt: $5,420.18 | Interest Paid: $0.00 |
| Amt Due: $0.00 | Paid: $5,420.18 | Accrued Int: $0.00 |
| | | Balance Due: $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled DisbDescrp |
|---|---|---|---|---|---|---|---|---|
| **0040** | **SPECIALIZED LOAN SERVICING LLC** | | | | | | | |
| 004-0 | SPECIALIZED LOAN SERVICING LLC | | 04/15/2021 | 1229466 | $205.85 | $0.00 | $205.85 | 04/20/2021 |
| 004-0 | SPECIALIZED LOAN SERVICING LLC | | 03/17/2021 | 1228452 | $205.85 | $0.00 | $205.85 | 03/26/2021 |
| 004-0 | SPECIALIZED LOAN SERVICING LLC | | 02/17/2021 | 1227428 | $308.75 | $0.00 | $308.75 | 02/25/2021 |
| 004-0 | SPECIALIZED LOAN SERVICING LLC | | 01/19/2021 | 1226408 | $205.85 | $0.00 | $205.85 | 02/04/2021 |
| 004-0 | SPECIALIZED LOAN SERVICING LLC | | 12/10/2020 | 1224629 | $308.78 | $0.00 | $308.78 | 12/18/2020 |
| 004-0 | SPECIALIZED LOAN SERVICING LLC | | 11/03/2020 | 1223637 | $102.92 | $0.00 | $102.92 | 11/13/2020 |
| 004-0 | SPECIALIZED LOAN SERVICING LLC | | 10/15/2020 | 1222845 | $203.59 | $0.00 | $203.59 | 10/22/2020 |
| 004-0 | SPECIALIZED LOAN SERVICING LLC | | 09/17/2020 | 1221863 | $305.38 | $0.00 | $305.38 | 09/23/2020 |
| 004-0 | SPECIALIZED LOAN SERVICING LLC | | 08/12/2020 | 1220801 | $203.58 | $0.00 | $203.58 | 08/26/2020 |
| 004-0 | SPECIALIZED LOAN SERVICING LLC | | 07/07/2020 | 1219760 | $305.38 | $0.00 | $305.38 | 07/22/2020 |
| 004-0 | SPECIALIZED LOAN SERVICING LLC | | 06/02/2020 | 1218734 | $101.79 | $0.00 | $101.79 | 06/16/2020 |
| 004-0 | SPECIALIZED LOAN SERVICING LLC | | 05/06/2020 | 1217748 | $203.59 | $0.00 | $203.59 | 06/02/2020 |
| 004-0 | SPECIALIZED LOAN SERVICING LLC | | 04/14/2020 | 1216765 | $211.05 | $0.00 | $211.05 | 04/30/2020 |
| 004-0 | SPECIALIZED LOAN SERVICING LLC | | 03/12/2020 | 1215500 | $211.05 | $0.00 | $211.05 | 03/27/2020 |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 004-0 | SPECIALIZED LOAN SERVICING LLC | | 02/13/2020 | 1214187 | $211.05 | $0.00 | $211.05 | 02/24/2020 |
| 004-0 | SPECIALIZED LOAN SERVICING LLC | | 01/16/2020 | 1212843 | $316.56 | $0.00 | $316.56 | 01/27/2020 |
| 004-0 | SPECIALIZED LOAN SERVICING LLC | | 12/12/2019 | 1211478 | $316.58 | $0.00 | $316.58 | 12/20/2019 |
| 004-0 | SPECIALIZED LOAN SERVICING LLC | | 11/07/2019 | 1210105 | $105.52 | $0.00 | $105.52 | 11/19/2019 |
| 004-0 | SPECIALIZED LOAN SERVICING LLC | | 10/10/2019 | 1208905 | $110.28 | $0.00 | $110.28 | 10/17/2019 |
| 004-0 | SPECIALIZED LOAN SERVICING LLC | | 09/26/2019 | 1207872 | $426.17 | $0.00 | $426.17 | 10/03/2019 |
| 004-0 | SPECIALIZED LOAN SERVICING LLC | | 08/07/2019 | 1206359 | $210.59 | $0.00 | $210.59 | 08/16/2019 |
| 004-0 | SPECIALIZED LOAN SERVICING LLC | | 07/11/2019 | 1205021 | $210.60 | $0.00 | $210.60 | 07/19/2019 |
| 004-0 | SPECIALIZED LOAN SERVICING LLC | | 06/06/2019 | 1203616 | $315.89 | $0.00 | $315.89 | 06/19/2019 |
| 004-0 | SPECIALIZED LOAN SERVICING LLC | | 05/09/2019 | 1202300 | $113.53 | $0.00 | $113.53 | 05/16/2019 |
| | | | | Sub-totals: | $5,420.18 | $0.00 | $5,420.18 | |
| | | | | Grand Total: | $5,420.18 | $0.00 | | |

# Disbursements for Claim

**Case:** 18-03200    **CRAIG ALLEN HALL**

**SPECIALIZED LOAN SERVICING LLC**
6200 S QUEBEC ST

GREENWOOD VILLAGE, CO

Acct No: 2041 Wood Hall Way - PRE-AP

PLUS #004    05/21 SEE NOTES    01/22 RELIEF ORDER    NOT PROVIDED FOR 3RD AP

Sequence: 24
Modify:
Filed Date:
Hold Code: M

| | | |
|---|---|---|
| Amt Sched: $270,103.00 | Debt: $14,419.60 | Interest Paid: $0.00 |
| Amt Due: $0.00 | Paid: $8,032.24 | Accrued Int: $0.00 |
| | | Balance Due: $6,387.36 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | DisbDescrp | | |
| **5200** | **SPECIALIZED LOAN SERVICING LLC** | | | | | | | |
| 520-0 | SPECIALIZED LOAN SERVICING LLC | | 01/19/2022 | 2009019 | $469.07 | $0.00 | $469.07 | 01/27/2022 |
| 520-0 | SPECIALIZED LOAN SERVICING LLC | | 12/15/2021 | 2007993 | $312.73 | $0.00 | $312.73 | 12/21/2021 |
| 520-0 | SPECIALIZED LOAN SERVICING LLC | | 11/16/2021 | 2006978 | $312.73 | $0.00 | $312.73 | 11/23/2021 |
| 520-0 | SPECIALIZED LOAN SERVICING LLC | | 10/14/2021 | 2005950 | $321.97 | $0.00 | $321.97 | 10/21/2021 |
| 520-0 | SPECIALIZED LOAN SERVICING LLC | | 09/14/2021 | 2004888 | $321.96 | $0.00 | $321.96 | 09/21/2021 |
| 520-0 | SPECIALIZED LOAN SERVICING LLC | | 08/18/2021 | 2003910 | $482.95 | $0.00 | $482.95 | 08/26/2021 |
| 520-0 | SPECIALIZED LOAN SERVICING LLC | | 07/14/2021 | 2002821 | $160.99 | $0.00 | $160.99 | 07/21/2021 |
| 520-0 | SPECIALIZED LOAN SERVICING LLC | | 06/16/2021 | 2001835 | $229.66 | $0.00 | $229.66 | 06/23/2021 |
| 520-0 | SPECIALIZED LOAN SERVICING LLC | | 04/15/2021 | 1229466 | $205.85 | $0.00 | $205.85 | 04/20/2021 |
| 520-0 | SPECIALIZED LOAN SERVICING LLC | | 03/17/2021 | 1228452 | $205.85 | $0.00 | $205.85 | 03/26/2021 |
| 520-0 | SPECIALIZED LOAN SERVICING LLC | | 02/17/2021 | 1227428 | $308.76 | $0.00 | $308.76 | 02/25/2021 |
| 520-0 | SPECIALIZED LOAN SERVICING LLC | | 01/19/2021 | 1226408 | $205.84 | $0.00 | $205.84 | 02/04/2021 |
| 520-0 | SPECIALIZED LOAN SERVICING LLC | | 12/10/2020 | 1224629 | $308.78 | $0.00 | $308.78 | 12/18/2020 |
| 520-0 | SPECIALIZED LOAN SERVICING LLC | | 11/03/2020 | 1223637 | $102.92 | $0.00 | $102.92 | 11/13/2020 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | DisbDescrp | | |
| 520-0 | SPECIALIZED LOAN SERVICING LLC | | 10/15/2020 | 1222845 | $203.59 | $0.00 | $203.59 | 10/22/2020 |
| 520-0 | SPECIALIZED LOAN SERVICING LLC | | 09/17/2020 | 1221863 | $305.38 | $0.00 | $305.38 | 09/23/2020 |
| 520-0 | SPECIALIZED LOAN SERVICING LLC | | 08/12/2020 | 1220801 | $203.59 | $0.00 | $203.59 | 08/26/2020 |
| 520-0 | SPECIALIZED LOAN SERVICING LLC | | 07/07/2020 | 1219760 | $305.38 | $0.00 | $305.38 | 07/22/2020 |
| 520-0 | SPECIALIZED LOAN SERVICING LLC | | 06/02/2020 | 1218734 | $101.78 | $0.00 | $101.78 | 06/16/2020 |
| 520-0 | SPECIALIZED LOAN SERVICING LLC | | 05/06/2020 | 1217748 | $203.59 | $0.00 | $203.59 | 06/02/2020 |
| 520-0 | SPECIALIZED LOAN SERVICING LLC | | 04/14/2020 | 1216765 | $211.05 | $0.00 | $211.05 | 04/30/2020 |
| 520-0 | SPECIALIZED LOAN SERVICING LLC | | 03/12/2020 | 1215500 | $211.05 | $0.00 | $211.05 | 03/27/2020 |
| 520-0 | SPECIALIZED LOAN SERVICING LLC | | 02/13/2020 | 1214187 | $211.05 | $0.00 | $211.05 | 02/24/2020 |
| 520-0 | SPECIALIZED LOAN SERVICING LLC | | 01/16/2020 | 1212843 | $316.56 | $0.00 | $316.56 | 01/27/2020 |
| 520-0 | SPECIALIZED LOAN SERVICING LLC | | 12/12/2019 | 1211478 | $316.58 | $0.00 | $316.58 | 12/20/2019 |
| 520-0 | SPECIALIZED LOAN SERVICING LLC | | 11/07/2019 | 1210105 | $105.52 | $0.00 | $105.52 | 11/19/2019 |
| 520-0 | SPECIALIZED LOAN SERVICING LLC | | 10/10/2019 | 1208905 | $110.28 | $0.00 | $110.28 | 10/17/2019 |
| 520-0 | SPECIALIZED LOAN SERVICING LLC | | 09/26/2019 | 1207872 | $426.17 | $0.00 | $426.17 | 10/03/2019 |
| 520-0 | SPECIALIZED LOAN SERVICING LLC | | 08/07/2019 | 1206359 | $210.60 | $0.00 | $210.60 | 08/16/2019 |
| 520-0 | SPECIALIZED LOAN SERVICING LLC | | 07/11/2019 | 1205021 | $210.59 | $0.00 | $210.59 | 07/19/2019 |
| 520-0 | SPECIALIZED LOAN SERVICING LLC | | 06/06/2019 | 1203616 | $315.90 | $0.00 | $315.90 | 06/19/2019 |
| 520-0 | SPECIALIZED LOAN SERVICING LLC | | 05/09/2019 | 1202300 | $113.52 | $0.00 | $113.52 | 05/16/2019 |
| | | | | Sub-totals: | $8,032.24 | $0.00 | $8,032.24 | |
| | | | | Grand Total: | $8,032.24 | $0.00 | | |