United States Bankruptcy Court

Middle District of Pennsylvania

In re:

Craig Allen Hall

Angela Denise Hall

    Debtors

Case No. 18-03200-HWV

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1                 User: AutoDocke                 Page 1 of 2

Date Rcvd: Oct 17, 2023            Form ID: fnldec                 Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**        **Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 19, 2023:**

**Recip ID**             **Recipient Name and Address**
db/jdb                  +   Craig Allen Hall, Angela Denise Hall, 2041 Wood Hall Way, Dover, PA 17315-4650

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2023                 Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 17, 2023 at the address(es) listed below:**

**Name**                  **Email Address**

Brian C Nicholas

       on behalf of Creditor Specialized Loan Servicing LLC as servicer for The Bank of New York Mellon FKA The Bank of New York as Trustee for the certificateholder of the CWabs, Inc., Asset-Backed Certificates, Series 2006-2 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

Jack N Zaharopoulos

       TWecf@pamd13trustee.com

Paul Donald Murphy-Ahles

       on behalf of Debtor 1 Craig Allen Hall pmurphy@dplglaw.com kgreene@dplglaw.com

Paul Donald Murphy-Ahles

       on behalf of Debtor 2 Angela Denise Hall pmurphy@dplglaw.com kgreene@dplglaw.com

United States Trustee

       ustpregion03.ha.ecf@usdoj.gov

William E. Craig

                                    on behalf of Creditor Exeter Finance LLC ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Craig Allen Hall,                                      Chapter         13

            **Debtor 1**

                                     Case No.          1:18−bk−03200−HWV

Angela Denise Hall,

            **Debtor 2**

Social Security No.:

                xxx−xx−9669               xxx−xx−2452

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

### Jack N Zaharopoulos

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

                                    By the Court,

                                      Henry W. Van Eck, Chief Bankruptcy Judge

                                      Dated:  October 17, 2023

**fnldec** (01/22)